UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              CASE NO. 11 B 21586
                                    CHAPTER 13

SHEILA D STERLING

                                    JUDGE JACK B SCHMETTERER

        DEBTOR                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** THE BANK OF NEW YORK MELLON

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 4 | XXXXXX6229 | $10,229.91 | $6,500.00 | $6,500.00 |
| Total Amount Paid by Trustee | | | | | $6,500.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 11-21586-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 1st day of November, 2016.

Debtor:
SHEILA D STERLING
31 E 101ST ST
CHICAGO, IL 60628

Attorney:
ERNESTO D BORGES JR
105 W MADISON 23RD FLR
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Creditor:
THE BANK OF NEW YORK
MELLON
% SPECIALIZED LOAN SERVICING
LLC
PO BOX 636007
LITTLETON, CO 80163

Mortgage Creditor:
FATHER & SONS HOME
IMPROVEMENT
% ADAM A LOOPS ESQ
24 EAST AVE
RIVERSIDE, IL 60546

Mortgage Creditor:
THE BANK OF NEW YORK
MELLON
% MANLEY DEAS KOCHALSKI
LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Creditor:
THE BANK OF NEW YORK
MELLON
% BAC HOME LOAN SERVICING LP
7105 CORPORTATE
MSTX2-982-0303
PLANO, TX 75024

ELECTRONIC SERVICE - United States Trustee

Date:  November 01, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603